UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Manuel Calderón Feyman

VS.

R.G. Mortgage Corp.

CIVIL NO. 98-1109 (JAF)

RECEIVED & FILED
99 SEP 21 PM 12:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

DATE:
FILED:          DOCKET:#        Title:

( ) Plffs       ( ) Defts

( ) Government  ( ) Other

### ORDER

Settlement conference held. The court strongly recomends that the case be settled as follows:

A) Damages — 4,000
B) Attorney fees — 5,000
   Total       9,000

The court will draft the closing documents accordingly. Parties to notify the court by telephone not later than Sept 21, 1999, 12:00 noon.

Otherwise case shall be tried Sept 27/99, 9:30 AM

DATE: 9/30/99

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(30)